UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v.-

JALEN TARLETON,

          Defendant.

------------------------------------------------------------x

ORDER

24-CR-18 (CS)

Seibel, J.

    In a court proceeding earlier today, I relieved Michael Burke as counsel for Defendant Jalen Tarleton and appointed today's Criminal Justice Act ("CJA") duty attorney, Richard Willstatter, to represent Mr. Tarleton. Mr. Willstatter has informed my chambers that he is unable to accept the assignment due to a conflict. Accordingly, tomorrow's CJA duty attorney, Samuel Braverman, is hereby appointed to represent Mr. Tarleton.

SO ORDERED.

Dated: June 24, 2024
       White Plains, New York

                                                              *Cathy Seibel*
                                                   CATHY SEIBEL, U.S.D.J.