# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

*These requests need to be made via the eVoucher system. Also, while I am amenable to providing whatever resources counsel requires for adequate representation, I trust counsel will not expend resources in advance of when they are necessary. For example, if Mr. Tarleton is going to move to withdraw his plea, a mitigation specialist for sentencing would be premature.*

June 25, 2024

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

SO ORDERED.
*Cathy Seibel*   6/25/24
CATHY SEIBEL, U.S.D.J.

Re: United States v. Jalen Tarleton
Dkt: 24-CR-18 (CS)

Dear Judge Seibel:

I am counsel for Defendant Jalen Tarleton in the above matter, assigned to this matter pursuant to the Criminal Justice Act. I have spoken with prior counsel, read the docket sheet and the sentencing submissions, and reviewed the final PSR. I also have a phone call scheduled with the defendant and then will have an in-person meeting to discuss what next steps he wishes to take going forward. However, from what I understand happened on the last court date, it seems prudent to line up resources to assist the defendant.

I respectfully write to the court with specific requests:

1. I request approval for the appointment of an investigator for 20 hours at $110 an hour in the defense of this matter.

2. I request approval for the appointment of a mitigation specialist for 30 hours at $125 an hour in the defense of this matter.

3. I request approval for an associate attorney for 20 hours at $120 an hour in the defense of this matter.

4. I request approval for a forensic psychiatrist for 30 hours at the prevailing rate in the defense of this matter.

**Anderson Kill P.C.**

Honorable Cathy Seibel
June 25, 2024
Page 2

      If you have any questions, please do not hesitate to contact me.  I thank the Court for its consideration.

      Respectfully submitted,

      *Sam Braverman*

      Samuel M. Braverman

SMB:pjc